## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANNY GONZALEZ OROZCO,**<br>**Petitioner,**<br><br>v.<br><br>**J.L. JAMISON, BRIAN MCSHANE,**<br>**MARKWAYNE MULLIN, TODD**<br>**BLANCHE,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-2727** |

## O R D E R

**AND NOW**, this 30th day of April, 2026, upon consideration of Danny Gonzalez Orozco's Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")) and the Government's opposition thereto (ECF No. 4), for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. The Petition is **GRANTED**. The Government shall **PROVIDE** Petitioner with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a) or otherwise **RELEASE** Petitioner, and file an entry on the docket certifying compliance with this Order by **no later than 5:00 p.m. on May 7, 2026.**

2. **IT IS FURTHER ORDERED** that the parties shall file notice of the date and time of the bond hearing on the docket once the hearing is scheduled. The parties shall further notify the Court of the outcome of the hearing within three business days of its completion.

3. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead, Petitioner is subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

4. In the event that the Government releases Petitioner rather than hold a bond hearing, it is temporarily enjoined from re-detaining Petitioner until **May 14, 2026.**

5. If the Government decides to pursue re-detention of Petitioner after May 14, 2026, it must first provide him with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

6. The Government may not remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Petitioner if unforeseen or emergency circumstances so require.

7. Further, the Government is directed to respond to Petitioner's request for costs and reasonable attorneys' fees, as provided for by the Equal Access to Justice Act, 28 U.S.C. § 2412, on or before **May 7, 2026**.  The Court will render its determination on the issue of attorneys' fees and costs after May 7, 2026.

**BY THE COURT:**

**/s/ Kelley B. Hodge**

**HODGE, KELLEY B., J.**