**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DANNY GONZALEZ OROZCO,**<br>**Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **J.L. JAMISON, BRIAN MCSHANE,**<br>**MARKWAYNE MULLIN, TODD**<br>**BLANCHE,**<br>**Respondents.** | **NO.  26-2727** |

**O R D E R**

**AND NOW**, this 10th day of June, 2026, upon consideration of Respondents' unopposed request for permission to move Petitioner to effectuate his voluntary removal from the United States in accordance with the Immigration and Nationality Act (INA) § 240B(a) (ECF No. 10), Respondents' request is hereby **GRANTED**.

**BY THE COURT:**

**/s/ Kelley B. Hodge**

**HODGE, KELLEY B., J.**